KUECKEL, Appellant, v. O'CONNOR et al., Respondents. (Supreme Court, Appellate Divi-

sion, Second Department. June 19, 1902.) Action by Frank Kueckel against Patrick O'Connor and others. No opinion. Motion denied.